U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

DEC 07 2009

TONY R. MOORE, CLERK
BY_____
                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

**ERICK TOLSTON**                         **CIVIL ACTION NO. 09-01673**

**VERSUS**                                **JUDGE DONALD E. WALTER**

**LINCOLN PARISH**                        **MAGISTRATE KAREN HAYES**
**DETENTION CENTER**

## ORDER

Before this Court is a Motion for Reconsideration [Record Document 12] filed by

Plaintiff, Erick Tolston.  On November 16, 2009, this Court dismissed Plaintiff's Petition for a

Writ of Habeas Corpus citing the Plaintiff's failure to exhaust state court remedies as well as

failing to state a claim for which habeas corpus relief may be granted [Record Document 9].

After review of the Motion for Reconsideration [Record Document 12], the Petition for Writ of

Habeas Corpus [Record Document 3], and the Memorandum Ruling [Record Document 9].  This

Court's dismissal of Plaintiff's Petition for a Writ of Habeas Corpus [Record Document 9] is

hereby **AFFIRMED**.

Upon due consideration, **IT IS ORDERED** that said motion be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this ___7th___ day of

December, 2009.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE